MINUTE ENTRY
MILAZZO, J.
NOVEMBER 5, 2021

JS-10: 01:07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-37 |
| DAWN FARRELL RUIZ<br>DAVID W. FARRELL<br>RANDY A. FARRELL, SR. | SECTION "H" |

## REARRAIGNMENT
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: TONI TUSA
LAW CLERK:         EMMY SCHROETER

APPEARANCES:
  NICHOLAS MOSES, PARKER TOBIN, & WILLIAM MONTAGUE, AUSA, FOR GOVERNMENT
  BRIAN CAPITELLI, FOR DEFENDANT, DAWN FARRELL RUIZ
  CHARLES MARSHALL, III, FOR DEFENDANT, DAVID W. FARRELL
  RICHARD T. SIMMONS, FOR DEFENDANT, RANDY A. FARRELL, SR.
  DANIELLE ROBINSON, U.S. PROBATION OFFICER

Court begins at 9:35 a.m.
Counsel appear for the record.
Defendants are present on count 1 of the Superseding Bill of Information and enter a plea of guilty as to same.
Waiver of Indictment as to Randy A. Farrell, Sr. has been executed and filed into the record at Doc. 69.
Waivers of Indictment as to Dawn Farrell Ruiz and David W Farrell executed in open Court.

Defendants sworn.

Reading of the Superseding Bill of Information by the Court to the defendants is waived.

Defendants are cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.

Defendants are informed of rights to trial by jury or the Court and waives same.

Defendants are informed of the maximum penalties.

Defendants are informed of the Sentencing Guidelines.

Defendants enter a plea of Guilty.

Plea Agreement as to each defendant is disclosed to the Court in letter form, signed by all parties and filed into the record.

Factual basis as to each defendant summarized by the U.S. Attorney, signed by all parties and filed into the record.

The Court finds there is a factual basis for the guilty plea in this matter and that the defendants are knowingly, willingly & voluntarily pleading guilty.

The defendants are ADJUDGED GUILTY on plea of Guilty.

**PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED.**

A Pre-Sentence Investigation is ORDERED.

**SENTENCING as to all defendants is set for FEBRUARY 9, 2022 at 9:30 a.m.**

The Court advises defense counsel that the initial interview with the probation office in order to prepare the pre-sentence report must be conducted no later than two weeks from today.

Defendants shall all remain on current bond and is to return on the date set for sentencing.

Court adjourned at 10:42 a.m.

